**K&L GATES LLP**
One Newark Center – Tenth Floor
Newark, New Jersey 07102
(973) 848-4000
Attorneys for Defendant
HSBC Finance Corporation
(improperly pleaded as "HSBC")

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DOCUMENT ELECTRONICALLY FILED

| | |
|---|---|
| CHRISTIAN CRUZ, | Civ. Action No. 1:10-cv-00135 (JBS)(AMD) |
| Plaintiff, | Hon. Jerome B. Simandle, U.S.D.J. |
| | Hon. Ann Marie Donio, U.S.M.J. |
| v. | |
| HSBC, JUSTIN MOWLES, John Does 1-10, ABC Partnerships and Corporations 1-10 (fictitious names), | **NOTICE OF MOTION** |
| Defendants. | |

TO: Alan J. Cohen, Esq.
McAllister, Hyberg, White & Cohen
2111 New Road
Northfield, NJ 08225
Attorneys for Plaintiff

**COUNSEL:**

**PLEASE TAKE NOTICE** that on March 1, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant HSBC Finance Corporation (improperly pleaded as "HSBC") shall move before The Honorable Jerome B. Simandle, U.S.D.J., at Mitchell H. Cohen Building & U.S. Courthouse, One John F. Gerry Plaza, Camden, NJ 08101, for an Order in the form annexed hereto

NW-326599 v1

dismissing with prejudice all claims of plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE NOTICE FURTHER** that defendant HSBC Finance Corporation shall rely upon its Memorandum of Law and Certification of Vincent N. Avallone, Esq. (w/Exhibit) submitted herewith, as well as all pleadings previously filed in this action.

**PLEASE TAKE NOTICE FURTHER** that defendant HSBC Finance Corporation requests oral argument.

           **K&L GATES LLP**
           One Newark Center - Tenth Floor
           Newark, New Jersey 07102
           (973) 848-4000
           Attorneys for Defendant
           HSBC Finance Corporation
           (improperly pleaded as "HSBC")


           By: s/ Vincent N. Avallone

Dated:  February 1, 2010